# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Fidel Avila   JOINT DEBTOR: Ileana Mesa                         CASE NO.: 17-15796-LMI
Last Four Digits of SS# 3330         Last Four Digits of SS# 7478

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 103.40   for months 1 to 36 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 TOTAL PAID $1800 Balance Due $ 1850
                      payable $ 74/month (Months 1 to 25)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date $
Address:                         Arrears Payment    $_____/month (Months _____ to _____)
                                 Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

   1. None              Total Due  $_____
                     Payable    $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 19.05/month (Months 1 to 25) and Pay $ 93.05/month (Months 26 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Citi Mortgage Inc. and Miami Dade County and will continue to pay said creditors directly outside the chapter 13 plan. Debtors assume the leased 2016 Mazda CX financed by Chase Bank. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                         /s/Robert Sanchez, Esq.
Attorney for Debtor                                Attorney for Joint Debtor
Date: 6-20-17                                      Date: 6-20-17


LF-31 (rev. 01/08/10)