UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Fidel Avila
Ileana Mesa
Debtor(s).
_________________________/

Case No. 17-15796-LMI

Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the 1st Amended Plan was sent to all parties on the attached service list on June 20, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Fidel Avila Ileana Mesa
17801 NE 13th Avenue
North Miami Beach, FL 33162-1307

All Creditors on the Matrix

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____________
Robert Sanchez, Esq., FBN#0442161

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014

Apelles
3700 Corporate Drive
Suite240
Columbus, OH 43231

Aventura Hospital
POB 2248
Maryland Heights, MO 63043

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595

Capital One Na
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Care Centrix
POB 660
East Granby, CT 06026

Chase Bank
POB 24696
Columbus, OH 43224

Chase Bank
POB 24696
Columbus, OH 43224

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
S Louis, MO 63129

Citimortgage Inc
Attn: Bankruptcy
Po Box 6423
Sioux Falls, SD 57117

CitiMortgage, Inc.
POB 6243
Sioux Falls, SD 57117-6243

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Comcast Cable
8948 Canyon Falls Boulevard
Suite 200
Twinsburg, OH 44087

Comenity Bank/Avenue
Po Box 182125
Columbus, OH 43218

Credit Management, LP
The Offices of Credit
Management, LP
Po Box 118288
Carrolton, TX 75011

Crown Asset Management, LLC
c/o Rausch, Sturm, Israel, Enerson
& Hornik, LLC
250 N Sunny Slope Road
Brookfield, WI 53005

D&A Services
1400 E Touhy Avenue
Suite G2
Des Plaines, IL 60018

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Fed Loan Sevicing
Po Box 69184
Harrisburg, PA 17106

Fed Loan Sevicing
Po Box 69184
Harrisburg, PA 17106

First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122

First Premier Bank
POB 5519
Sioux Falls, SD 57117

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Internal Medicine Associates
1380 NE Miami Gardens Drive
Suite 100
North Miami Beach, FL 33179

Long Beach Acceptance/Americredit
Americredit
Po Box 183853
Arlington, TX 76096

LVNV Funding
Po Box 10497
Greenville, SC 29603

Mazda Amer Credit
Attn: Customer Assistance Center
Po Box 19734
Irvine, CA 92623

Memorial Hospital
c/o Complete Collection Service
1007 N. Federal hwy #280
Fort Lauderdale, FL 33304

Memorial Hospital
c/o Complete Collection Service
1007 N. Federal hwy #280
Fort Lauderdale, FL 33304

Miami-Dade County Housing Agency
Development and Loan Administration Divi
2153 Coral Way #400
Miami, FL 33145

Midland Credit Management
P.O. BOX 60578
Los Angeles, CA 90060-0578

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Natiowide Recovery Service
Po Box 8005
Cleveland, TN 37320

S Fl Educational Fcu
7800 Sw 117th Ave
Miami, FL 33183

S Fl Educational Fcu
7800 Sw 117th Ave
Miami, FL 33183

South Florida Educational FCU
POB 830370
Miami, FL 33283-0370

Syncb/BrandsMart
POB 960061
Orlando, FL 32896-0061

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

Syncb/home Dsgn Floorc
Po Box 965064
Orlando, FL 32896

Syncb/JC Penney
POB 960090
Orlando, FL 32896-0090

Syncb/JC Penney
POB 960090
Orlando, FL 32896-0090

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Tate & Kirlin Assoc
2810 Southhampton Rd
Philadelphia, PA 19154

The Home Depot
POB 790328
Saint Louis, MO 63179

Tidewater Finance Co
Po Box 41067
Norfolk, VA 23541

U Health University of Miami
P.O Box 741199
Atlanta, GA 30374

United Consumer Financial
Services
865 Bassett Rd
Westlake, OH 44145

Walmart
POB 530927
Atlanta, GA 30353-0927

Wells Fargo
POB 5284
Carol Stream, IL 60197-5284

Wells Fargo Bank Card
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306

<a>
<b></b></a>

Case 17-15796-LMI    Doc 27    Filed 06/20/17    Page 5 of 5