**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Fidel Avila                                             Case No: 17-15796-LMI
      Ileana Mesa

                                                          Chapter 13

_____Debtor(s)_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

      The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☒    No further action is necessary.

2)    The following actions have been taken:

      ☐    The debtor has filed an objection to the proof of claim filed by _____.

      ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

      ☐    Other: _____
_____
_____.

      A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  February 22, 2019   .

                                    Submitted by:
                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 W 49th Street
                                    Hialeah, FL 33013
                                    Tel. (305) 687-8008

                                    By:/s/Robert Sanchez_____
                                    Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)